United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **RONALD SHANKLIN** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00236 |
| | § | |
| **BOBBY LUMPKIN,** | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 25, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Julie K. Hampton. (Dkt. No. 15). Judge Hampton made findings and conclusions and recommended that Respondent's Motion to Dismiss with Brief in Support, (Dkt. No. 14), be granted, and a certificate of appealability be denied. (Dkt. No. 15).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On April 28, 2023, Respondent filed one objection. (Dkt. No. 17). Respondent agrees with Judge Hampton's recommendation but maintains that Petitioner's conviction became final on October 12, 2020. (*Id.* at 2). Petitioner did not file any objections.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Hampton's M&R, (Dkt. No. 15), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Respondent's Motion to Dismiss with Brief in Support, (Dkt. No. 14), is **GRANTED**; and

(3) A certificate of appealability is **DENIED**.

It is SO ORDERED.

Signed on May 17, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**